463 A.2d 32

Commonwealth v. Palmer, Appellant.

Submitted March 1, 1983. Jonathan Blum, Assistant Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.